1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**\*E-FILED:  June 15, 2012\***

MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:  (415) 977-8972
Facsimile:  (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

ELIZABETH GARCIA GEORGE,          )
                                  )
            Plaintiff,            )
                                  )
      v.                          )
                                  )
COMMISSIONER OF                   )
SOCIAL SECURITY,                  )
                                  )
            Defendant.            )
_____ )

CASE NO.: 5:11-cv-05620-HRL

STIPULATION AND ~~PROPOSED~~ ORDER
FOR A FIRST EXTENSION FOR
DEFENDANT TO FILE NOTICE, MOTION,
AND MEMORANDUM IN SUPPORT OF
CROSS-MOTION FOR SUMMARY
JUDGMENT AND IN OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT

**[Re:  Docket No. 22]**

        IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

of the Court, that Defendant shall have a 30-day extension, or until July 13, 2012, in which to file his

Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

Opposition to Plaintiff's Motion for Summary Judgment.

/ / /

1    This is Defendant's first request for an extension of time in this matter.

2                                    Respectfully submitted,

3    Dated: June 13, 2012            */s/ James Hunt Miller*
                                     (as authorized via e-mail)
4                                    JAMES HUNT MILLER
                                     Attorney for Plaintiff
5

6                                    MELINDA L. HAAG
                                     United States Attorney
7

8    Dated: June 13, 2012           By */s/ Elizabeth Barry*
                                     ELIZABETH BARRY
9                                    Special Assistant U.S. Attorney
                                     Attorneys for Defendant
10

11

12                                   ORDER

13   PURSUANT TO STIPULATION, IT IS SO ORDERED.

14   DATED:_____June 15, 2012_____    _____
                                              HOWARD R. LLOYD
15                                            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28