**\*E-FILED:  June 15, 2012\***

1   MELINDA L. HAAG CSBN 132612
    United States Attorney
2   DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
3   ELIZABETH BARRY, CSBN 203314
    Special Assistant United States Attorney
4
        160 Spear Street, Suite 800
5       San Francisco, California 94105
        Telephone:  (415) 977-8972
6       Facsimile:  (415) 744-0134
        Email: Elizabeth.Barry@ssa.gov
7
    Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
                       **SAN JOSE DIVISION**
10

11   ELIZABETH GARCIA GEORGE,            )
                                         )    CASE NO.: 5:11-cv-05620-HRL
12                   Plaintiff,          )
                                         )    STIPULATION AND ~~PROPOSED~~ ORDER
13            v.                         )    FOR A FIRST EXTENSION FOR
                                         )    DEFENDANT TO FILE NOTICE, MOTION,
14   COMMISSIONER OF                     )    AND MEMORANDUM IN SUPPORT OF
     SOCIAL SECURITY,                    )    CROSS-MOTION FOR SUMMARY
15                                       )    JUDGMENT AND IN OPPOSITION TO
                     Defendant.          )    PLAINTIFF'S MOTION FOR SUMMARY
16   _____)    JUDGMENT

17                                            **[Re:  Docket No. 22]**

18       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

19   of the Court, that Defendant shall have a 30-day extension, or until July 13, 2012, in which to file his

20   Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

21   Opposition to Plaintiff's Motion for Summary Judgment.

22

23   / / /

24

25

26

27

28

1    This is Defendant's first request for an extension of time in this matter.

2                                    Respectfully submitted,

3    Dated: June 13, 2012           */s/ James Hunt Miller*
                                     (as authorized via e-mail)
4                                    JAMES HUNT MILLER
                                     Attorney for Plaintiff
5

6
                                     MELINDA L. HAAG
7                                    United States Attorney

8    Dated: June 13, 2012           By */s/ Elizabeth Barry*
                                     ELIZABETH BARRY
9                                    Special Assistant U.S. Attorney
                                     Attorneys for Defendant
10

11

12                                   ORDER

13   PURSUANT TO STIPULATION, IT IS SO ORDERED.

14   DATED:____June 15, 2012_____      _____
                                            HOWARD R. LLOYD
15                                          UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2