```
JAMES HUNT MILLER (St.BarCal. 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jameshuntmiller@yahoo.com
```

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elizabeth Garcia George,<br><br>    Plaintiff,<br><br>    vs.<br><br>Commissioner of the<br>Social Security<br>Administration,<br><br>    Defendant.<br>_____ | No.   C-11-5620 HRL<br><br>PLAINTIFF'S NOTICE: WITH-<br>DRAWING APPEAL/COMPLAINT<br>(with proposed order) |

Plaintiff hereby withdraws and ends her appeal and all the claims in the complaint that was filed on November 21, 2011, regarding the ALJ decision dated June 16, 2009.

RESPECTFULLY SUBMITTED on this 16th day of July, 2012.

/s/_____
James Hunt Miller, Attorney for Plaintiff

<u>ORDER</u> <s>(PROPOSED)</s>

PURSUANT TO PLAINTIFF'S REQUEST, IT IS ORDERED that this matter is closed.

DATE: __July 17, 2012__              _____
                                      United States Magistrate Judge
                                      Howard R. Lloyd

Motion – George v. SSA - C 11-5620 HRL